**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## District of Maryland

In re **George Anello** _____,  Case No. **09-30764-TJC** _____

Debtor

Chapter **13** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $        313.605.00 | | |
| B - Personal Property | YES | 3 | $          19.449.30 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $        394.449.71 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $                  0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 5 | | $          69.949.95 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $          7.650.76 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $          6.111.83 |
| TOTAL | | 19 | $        333,054.30 | $        464,399.66 | |

**B6A (Official Form 6A) (12/07)**

In re: **George Anello**
_____ .                    Case No.  **09-30764-TJC** _____
                          **Debtor**                                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Townhouse condominium property located at:**<br>**13584 Station Street**<br>**Germantown, MD 20874**<br>**Arrearage: $4,718.16** | **Fee Owner** | | **$ 313,605.00** | **$ 368,220.83** |

                                                    Total    ➢   | **$ 313,605.00** |

                                                                      (Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re    **George Anello**_____,    Case No.  **09-30764-TJC**_____
                          Debtor                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | | **20.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking/savings account at Bank of America** | J | **520.30** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Kitchen table 200.00, 2 kitchen chairs 100.00, microwave 50.00, 10 pots & pans 25.00, 12 dishes 50.00, 2 appliances 250.00, dining table 150.00, 4 dining chairs 100.00, 2 sofas 300.00, coffee table 75.00, end table 25.00, 7 lamps 190.00, living room chair 100.00, painting 100.00, loveseat 50.00, 2 TVs 300.00, DVD player 75.00, desk 25.00, computer 200.00, printer 75.00, 2 bed sets 500.00, 2 dressers 175.00, chest 40.00, 3 night stands 100.00, clock 5.00, household tool 75.00** | J | **3,335.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **30 Shirts 30.00, 4 sweaters 8.00, 8 dress pants 100.00, 3 sport jackets 100.00, 10 jeans 110.00, 4 suits 200.00, 20 belts/ties 50.00, 40 underclothes 0.00, 3 coats 125.00, gloves 1.00, 5 footwear 145.00** | | **869.00** |
| 7. Furs and jewelry. | | **Ring 75.00, 2 watches 50.00** | | **125.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Camera** | | **35.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **George Anello**                                                          ,          Case No.  **09-30764-TJC**
                                                                                                                (If known)
          Debtor

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Volvo S60** | | **9,900.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Kawasaki motorcycle** | | **4,645.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **George Anello**                                    ,                    Case No.  **09-30764-TJC**
                                    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_2_   continuation sheets attached                              Total   ➢   | **$  19,449.30** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re   **George Anello** _____,          Case No.   **09-30764-TJC** _____
　　　　　　　　　　　　　Debtor                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                $136,875
　☐ 11 U.S.C. § 522(b)(2)
　☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **2008 Kawasaki motorcycle** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(f)** | **667.45** | **4,645.00** |
| **30 Shirts 30.00, 4 sweaters 8.00, 8 dress pants 100.00, 3 sport jackets 100.00, 10 jeans 110.00, 4 suits 200.00, 20 belts/ties 50.00, 40 underclothes 0.00, 3 coats 125.00, gloves 1.00, 5 footwear 145.00** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5)** | **869.00** | **869.00** |
| **Camera** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5)** | **35.00** | **35.00** |
| **Cash** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5)** | **20.00** | **20.00** |
| **Checking/savings account at Bank of America** | **11 USC § 522(b)(3)(B)** | **520.30** | **520.30** |
| **Kitchen table 200.00, 2 kitchen chairs 100.00, microwave 50.00, 10 pots & pans 25.00, 12 dishes 50.00, 2 appliances 250.00, dining table 150.00, 4 dining chairs 100.00, 2 sofas 300.00, coffee table 75.00, end table 25.00, 7 lamps 190.00, living room chair 100.00, painting 100.00, loveseat 50.00, 2 TVs 300.00, DVD player 75.00, desk 25.00, computer 200.00, printer 75.00, 2 bed sets 500.00, 2 dressers 175.00, chest 40.00, 3 night stands 100.00, clock 5.00, household tool 75.00** | **11 USC § 522(b)(3)(B)** | **3,335.00** | **3,335.00** |
| **Ring 75.00, 2 watches 50.00** | **Md. Code Ann., Cts. & Jud. Proc. §11-504(b)(5)** | **125.00** | **125.00** |

B6D (Official Form 6D) (12/07)

In re  **George Anello**                                    .        Case No.  **09-30764-TJC**
                      Debtor                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9714<br>**BAC Home Loans LP/Countrywide**<br>**450 American Street**<br>**Simi Valley, CA 93065-6285**<br><br>**Bank of America**<br>**Customer Service**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170**<br><br>**Bank of America**<br>**5401 N. Beach Street**<br>**TX2-977-01-06**<br>**Fort Worth, TX 76137-2733** | | | 03/17/2008<br>**Deed of Trust**<br>**Townhouse condominium**<br>**property located at:**<br>**13584 Station Street**<br>**Germantown, MD 20874**<br>**Arrearage: $4,718.16**<br><br>**VALUE $313,605.00** | | | | 319,001.28 | 5,396.28 |
| ACCOUNT NO.  5466<br>**Clara Barton Federal Credit Union**<br>**2025 E Street, NW**<br>**Washington, DC 20006**<br><br>**David W. Buckley, Esq.**<br>**Deso, Buckley & Stein, PC**<br>**1828 L Street, NW, #660**<br>**Washington, DC 20036**<br><br>**Clara Barton CU**<br>**5710 Mineral Point Road**<br>**Madison, WI 53705** | | | 06/18/2009<br>**Judgment Lien**<br>**Townhouse condominium**<br>**property located at:**<br>**13584 Station Street**<br>**Germantown, MD 20874**<br>**Arrearage: $4,718.16.**<br><br>**VALUE $313,605.00** | | | | 49,219.55 | 0.00 |

1   continuation sheets attached

Subtotal  ➤
(Total of this page)

$  368,220.83   $   5,396.28

Total  ➤
(Use only on last page)

$            $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **George Anello** _____ .    Case No.  **09-30764-TJC** _____

Debtor                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.  7460**<br><br>**Financing/GEMB**<br>**PO Box 981439**<br>**El Paso, TX 79998-1439**<br><br><br>**GE Money Bank**<br>**PO Box 960061**<br>**Orlando, FL 32896-0061**<br><br>**GE Money Bank**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 103016**<br>**Roswell, GA 30076**<br><br>**GE Money Bank**<br>**PO Box 981127**<br>**El Paso, TX 79998-1127** | | | **04/13/2008**<br>**Security Agreement**<br>**2008 Kawasaki motorcycle**<br><br>**VALUE $4,645.00** | | | | 3,977.55 | 3,977.55 |
| **ACCOUNT NO.  5176**<br><br>**Household Automotive Finance**<br>**6602 Convoy Court**<br>**San Diego, CA 92111-1009**<br><br><br>**HSBC Auto Finance**<br>**PO Box 17904**<br>**San Deigo, CA 92177**<br><br>**HSBC Auto Finance**<br>**PO Box 17548**<br>**Baltimore, MD 21297-1548**<br><br>**Ascension Capital Group, Inc.**<br>**Attn: HSBC Auto Finance**<br>**PO Box 201347**<br>**Arlington, TX 76006** | | | **03/24/2007**<br>**Security Agreement**<br>**2007 Volvo S60**<br><br>**VALUE $9,900.00** | | | | 22,251.33 | 12,351.33 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

$  **26,228.88** $  **16,328.88**

Total ➤
(Use only on last page)

$  **394,449.71** $  **21,725.16**

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re  **George Anello**                                                                 Case No.   **09-30764-TJC**
                                                    Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1  continuation sheets attached

**B6E (Official Form 6E) (12/07) – Cont.**

In re    **George Anello** _____    Case No.    **09-30764-TJC** _____
                                              Debtor                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | **$0.00** |

Sheet no.  1  of  1  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▷ (Totals of this page) | $ **0.00** | $ **0.00** | $ **0.00** |
| Total ▷ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **0.00** | | |
| Total ▷ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ **0.00** | $ **0.00** |

**B6F (Official Form 6F) (12/07)**

In re  **George Anello**
                                                        Case No.  **09-30764-TJC**
                                                        **(If known)**
                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **5297** <br><br> **Barclays Bank Delaware** <br> **125 S. West Street** <br> **Wilmington, DE 19801-5014** <br><br><br> **Juniper Bank** <br> **PO Box 13337** <br> **Philadelphia, PA 19101-3337** <br><br> **Card Services** <br> **PO Box 8802** <br> **Wilmington, DE 19899-8802** | | | **08/15/2006** <br><br> **Purchases on credit account** | | | | **6,968.33** |
| ACCOUNT NO.  **0281** <br><br> **Capital One** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130-0285** <br><br><br> **Capital One** <br> **PO Box 71083** <br> **Charlotte, NC 28272-1083** | | | **03/12/2005** <br><br> **Purchases on credit account** | | | | **464.83** |

 4   Continuation sheets attached

Subtotal  ➢  $                    **7,433.16**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **George Anello**                                         Case No.  **09-30764-TJC**
                                                                    (If known)
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **1827** | | | 03/22/2007 | | | | 933.41 |
| **Capital One** PO Box 30281 Salt Lake City, UT 84130-0281  **Cap One** PO Box 85520 Richmond, VA 23285  **Capital One** PO Box 71083 Charlotte, NC 28272-1083 | | | **Purchases on credit account** | | | | |
| ACCOUNT NO.  **4485** | | | 08/04/2009 | | | | 658.00 |
| **Gentlecare Dentistry, LLC** 20030 Century Blvd., Suite 103 Germantown, MD 20874-1112 | | | **Dental services** | | | | |
| ACCOUNT NO.  **3991** | | | 02/24/2009 | | | | 938.75 |
| **Household Bank** 12447 SW 69th Avenue Tigard, OR 97223-8517  **HSBC Bank** PO Box 81622 Salinas, CA 93912  **HSBC** PO Box 88000 Baltimore, MD 21288-0001 | | | **Purchases on credit account** | | | | |

Sheet no.  1 of 4 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                  **2,530.16**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **George Anello**                                                Case No.  **09-30764-TJC**
                    _____                        _____
                              **Debtor**                                     **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **3832**<br><br>**Household Credit Services**<br>**PO Box 98706**<br>**Las Vegas, NV 89193-8706**<br><br><br>**HSBC Bank**<br>**PO Box 81622**<br>**Salinas, CA 93912**<br><br>**Orchard Bank/HSBC**<br>**PO Box 17051**<br>**Baltimore, MD 21297-1051**<br><br>**HSBC Card Services**<br>**PO Box 80084**<br>**Salinas, CA 93912-0084** | | | **08/19/2006**<br><br>**Purchases on credit account** | | | | **2,223.95** |
| ACCOUNT NO.  **6307**<br><br>**Household Finance Corp.**<br>**1421 Kristina Way**<br>**Chesapeake, VA 23320-8917**<br><br><br>**HFC**<br>**PO Box 1547**<br>**Chesapeake, VA 23327**<br><br>**HFC**<br>**PO Box 3425**<br>**Buffalo, NY 14240-9733** | | | **02/23/2009**<br><br>**Line of credit** | | | | **11,754.03** |

Sheet no.  2 of 4 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ❯  $                **13,977.98**

Total  ❯  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **George Anello**                                    Case No. **09-30764-TJC**
_____                              _____
                    **Debtor**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **0803**<br><br>**HSBC Bank USA**<br>**One Marine Midland Tower**<br>**Syracuse, NY 13221**<br><br><br>**HSBC Bank USA NA**<br>**95 Washington Street, 2S**<br>**Buffalo, NY 14203**<br><br>**HSBC Bank USA NA**<br>**1 HSBC Ctr. 18**<br>**Buffalo, NY 14203**<br><br>**HSBC**<br>**PO Box 4212**<br>**Buffalo, NY 14240-4212**<br><br>**HSBC**<br>**PO Box 2013**<br>**Buffalo, NY 14240-2013** | | | **04/12/2008**<br><br>**Debt consolidation** | | | | **21,280.16** |
| ACCOUNT NO.  **9585**<br><br>**Internal Revenue Service**<br>**Special Procedures Section**<br>**Attn:  Bankruptcy Section**<br>**31 Hopkins Plaza, Room 1150**<br>**Baltimore, MD 21201**<br><br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | | | **12/31/2000**<br><br>**Federal income tax for 2000 - 2003** | | | | **21,245.14** |

Sheet no. _3_ of _4_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    ➢    $                     **42,525.30**

Total    ➢    $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **George Anello**                                                                Case No.  **09-30764-TJC**
                                    **Debtor**                                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **6662** <br><br> **Merrick Bank** <br> **PO Box 9201** <br> **Old Bethpage, NY 11804-9001** <br><br><br> **Merrick Bank** <br> **PO Box 5000** <br> **Draper, UT 84020** | | | **07/01/2007** <br><br> **Purchases on credit account** | | | | **889.56** |
| ACCOUNT NO.   **3339** <br><br> **Merrick Bank** <br> **PO Box 9201** <br> **Old Bethpage, NY 11804-9001** <br><br><br> **Merrick Bank** <br> **PO Box 5000** <br> **Draper, UT 84020** <br><br> **Merrick Bank** <br> **PO Box 5721** <br> **Hicksville, NY 11802-5721** | | | **07/18/2007** <br><br> **Purchases on credit account** | | | | **2,593.79** |

Sheet no.  4  of  4  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **3,483.35**

Total  ➤  $                    **69,949.95**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re: **George Anello**
_____
             **Debtor**

Case No. **09-30764-TJC**
_____
        **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

In re: **George Anello**                                     Case No. **09-30764-TJC**
_____.                    _____
                    **Debtor**                                           **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re **George Anello** _____     Case No. **09-30764-TJC** _____
Debtor                                                             (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Manager** | **New Patient Coordinator** |
| Name of Employer | **QIAGEN Inc.** | **Deirdre A. Maull, DMD, MS, PC** |
| How long employed | **1 year** | **5 years** |
| Address of Employer | **1201 Clopper Road Gaithersburg, MD 20878** | **6845 Elm Street Suite 615 McLean, VA 22101** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---:|---|---:|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 7,083.34 | $ | 3,489.87 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 7,083.34 | $ | 3,489.87 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | 1,574.80 | $ | 1,045.35 |
|    b. Insurance | $ | 302.30 | $ | 0.00 |
|    c. Union dues | $ | 0.00 | $ | 0.00 |
|    d. Other (Specify) | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 1,877.10 | $ | 1,045.35 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 5,206.24 | $ | 2,444.52 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify) | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 5,206.24 | $ | 2,444.52 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 7,650.76 | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**B6I (Official Form 6I) (12/07) - Cont.**

In re  **George Anello** _____    Case No.  **09-30764-TJC** _____

Debtor                                                      (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

<u>NONE</u>

B6J (Official Form 6J) (12/07)

In re **George Anello** _____ ,   Case No. __**09-30764-TJC**__

Debtor                                        **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,268.35 |
|    a. Are real estate taxes included?  Yes ✓  No | | |
|    b. Is property insurance included?  Yes  No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 162.43 |
|    b. Water and sewer | $ | 0.00 |
|    c. Telephone | $ | 0.00 |
|    d. Other **Cell phones** | $ | 204.14 |
|      **Condominium fee** | $ | 308.16 |
|      **Telephone/Cable/Internet** | $ | 123.25 |
| 3. Home maintenance (repairs and upkeep) | $ | 75.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 67.00 |
| 7. Medical and dental expenses | $ | 193.50 |
| 8. Transportation (not including car payments) | $ | 394.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 175.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 25.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 119.00 |
|    e. Other **Motorcycle insurance** | $ | 9.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 596.00 |
|    b. Other **Motorcycle Loan** | $ | 138.00 |
|      **Wife's Auto Lease** | $ | 404.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **Misc. (haircuts, cosmetics, nails, etc.)** | $ | 100.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $ **6,111.83**

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 7,650.76 |
|    b. Average monthly expenses from Line 18 above | $ | 6,111.83 |
|    c. Monthly net income (a. minus b.) | $ | 1,538.93 |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re  **George Anello**                                                                    Case No.    **09-30764-TJC**

                              **Debtor**                                                                                                   **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of                **21**

sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **11/17/2009**                                                    Signature:  **/s/ George Anello**

                                                                                                          **George Anello**

                                                                                                                      Debtor

                                                                                  [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Maryland

In re **George Anello**

_____,
Debtor

Case No. **09-30764-TJC** _____

Chapter **13** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 7,650.76 |
| Average Expenses (from Schedule J, Line 18) | $ 6,111.83 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 10,573.21 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $21,725.16 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $69,949.95 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $91,675.11 |